IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jason DeCesare, individually, and p/k/a G.W. Bridge, or Triborough 145 W. Gravers Lane, Philadelphia, PA 19118 | : <br> : <br> : <br> : <br> :    CIVIL ACTION <br> : <br> Plaintiff,    :    No. 11-CV-4998 <br> : <br> v.    :    **JURY TRIAL DEMANDED** <br> : <br> Fox Television Stations, Inc. d/b/a WTXF Fox 29 330 Market Street Philadelphia, PA 19106    : <br> : <br> Defendant.    : |

## PRAECIPE TO DISCONTINUE

Plaintiff Jason DeCesare, by and through his undersigned counsel, hereby voluntarily discontinues the above captioned matter.

Respectfully Submitted,

Date: 10/31/2011

CC4013_____
J. Conor Corcoran, Esquire
Atty. I.D. No. 89111
1617 John F. Kennedy Boulevard
Suite 1130
Philadelphia, PA 19103
Phone: (215) 977-9300
Fax: (215) 864-0188

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jason DeCesare, individually, and p/k/a G.W. Bridge, or Triborough 145 W. Gravers Lane, Philadelphia, PA 19118** : : : : : : **Plaintiff,** : : v. : : **Fox Television Stations, Inc. d/b/a WTXF Fox 29 330 Market Street Philadelphia, PA 19106** : : : : : : **Defendant.** : : | **CIVIL ACTION** No. 11-CV-4998 **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, J. Conor Corcoran, Esquire, hereby certify that a true and correct copy of the Praecipe to Discontinue in the above captioned matter has been sent to the following by first class, United States mail:

Susan Seager, Esq.
Fox Group Legal
2121 Avenue of the Stars
Suite 700
Los Angeles, CA 90067

VIA FIRST CLASS MAIL AND FAX: (310) 969-0119


Date: 10/31/2011            CC4013_____
                            J. Conor Corcoran, Esquire